# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 75 MM 2022

Respondent  :

v.  :

SHAWN JAMES HAMILTON,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.